# CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

Debtor: Dan M. Jones, Jr.          SSN: xxx-xx- 2490          CASE NO:_____
Joint Debtor: Tonya C. Jones       SSN: xxx-xx- 6067          Median Income: ☐Above ☒ Below
Address: 1400 37th Ave.
         Gulfport, MS  39501

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed. <u>The treatment of ALL secured and priority debts must be provided for in this plan.</u>**

PAYMENT AND LENGTH OF PLAN
The plan period shall be for a period of __60__ months, not to be less than 36 months for below median income debtor(s), or less than 60 months for above median income debtor(s).

(A)     Debtor shall pay $ __558.00__ (☒monthly, ☐semi-monthly, ☐weekly, or ☐bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:
        Roy Anderson
        POB 2
        Gulfport, MS  39502

(B)     Joint Debtor shall pay $_____ (☐monthly, ☐semi-monthly, ☐weekly, or ☐bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:

**PRIORITY CREDITORS.**
Filed claims which are not disallowed are to be paid in full or as ordered by the Court as follows:
Internal Revenue Service:   $_____ at $_____/month
MS Dept. of Revenue:        $_____ at $_____/month
Other/_____          $_____ at $_____/month

**DOMESTIC SUPPORT OBLIGATION.** DUE TO: _____

POST PETITION OBLIGATION: In the amount of $_____ per month beginning _____
To be paid ☐direct, ☐through payroll deduction, or ☐through the plan.

PRE-PETITION ARREARAGE: In the amount of $_____ through _____ which shall
Be paid in the amount of $_____ per month beginning _____.
To be paid ☐direct, ☐through payroll deduction, or ☐through the plan.

Debtor's Initials _DMJ_     Joint Debtor's Initials _TJ_     Chapter 13 Plan, Page _1_ of _3_

**HOME MORTGAGES.** All claims secured by real property which are to be paid through the plan shall be schedules below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein.

Mtg pmts to  US SBA _____ Beginning _April, 2014_ @ $ 412.00 ____ ☐ Plan ☒ Direct
Mtg pmts to _____ Beginning _____ @ $_____ ☐ Plan ☐ Direct
Mtg pmts to _____ Beginning _____ @ $_____ ☐ Plan ☐ Direct

Mtg arrears to _____ through _____ $_____ @ $_____/mo
Mtg arrears to _____ through _____ $_____ @ $_____/mo
Mtg arrears to _____ through _____ $_____ @ $_____/mo

**MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM:**

Creditor: _Ocwen Mortgage_____ Approx. amt. due: _9,555.00_____ Int. Rate:_____
Property Address: _1400 37th Ave., Gulfport, MS  39501___ Are related taxes and/or insurance escrowed ☐ Yes ☒ No

**NON-MORTGAGE SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) pursuant to 11 U.S.C. § 1325(a)(5)(B)(I) until the payment of the debt determined as under non-bankruptcy law or discharge. Such creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY AMT. OWED VALUE |
|---|---|---|---|---|---|---|
| GCCFCU | 07 Chevy + | No | 14,348.00 | 27,285 | 7% | Amt. Owed |
| Coastal Credit | 01 Saturn | No | 1,400.00 | 2,000 | 7% | Amt. Owed |
| Belmont | Kirby | No | 1,400.00 | 1,000 | 7% | Amt. Owed |

*The column for "910 Clm" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph of 11 U.S.C. § 1325

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the second portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

CREDITOR'S NAME   COLLATERAL   APPROX. AMT. OWED   PROPOSED TREATMENT

Debtor's Initials _DMT_    Joint Debtor's Initials _____    Chapter 13 Plan, Page _2_ of _3_

**STUDENT LOANS** which are not subject to discharge pursuant to 11 U.S.C. § 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total)

CREDITOR'S NAME APPROX AMT OWED CONTRACTUAL MO PMT PROPOSED TREATMENT
Fed Loan Servicing    26,487.00                                    treat as general unsecured

**SPECIAL PROVISIONS** which may apply to any or all payments to be paid through the plan, including, but not limited to, adequate protection payments:

**GENERAL UNSECURED CLAIMS** total approximately $ **31,872.00**   . Such claims must be *timely filed* and not disallowed to receive payment as follows: ____IN FULL (100%), **0** % (percent) MINIMUM, or a total distribution of $_____, with the Trustee to determine the percentage distribution. *Those general unsecured claims not timely filed shall be paid nothing, absent order of the Court.*

| | |
|---|---|
| Total attorney fee charged: | $ 2,800.00 |
| Attorney fee previously paid: | $ 819.00 |
| Attorney fee to be paid in plan: | $ 1,981.00 |

The payment of administrative costs and aforementioned attorney fees are paid pursuant to Court order and/or local rules.

Automobile Insurance Co/Agent            Attorney for Debtor (name/address/phone/email)
_____                  Jason Graeber
_____                  2462 Pass Rd.
_____                  Biloxi, MS 39531

Telephone/Fax:_____                   Telephone No: 228-207-7117
                                          Facsimile No: 228-207-8634
                                          Email address: jason@jasongraeberlaw.com

DATED: 3/7/2014       DEBTOR'S SIGNATURE /s/ Dan M. Jones, Jr.
                      JOINT DEBTOR'S SIGNATURE /s/ Tonya C. Jones
                      ATTORNEY'S SIGNATURE /s/ Jason Graeber

Debtor's Initials _DMJ_    Joint Debtor's Initials ____    Chapter 13 Plan, Page _3_ of _3_