_____

SO ORDERED,

*Katharine M. Samson*

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: April 14, 2014**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | |
|---|---|
| RE:   DAN M. JONES, JR. and | CASE NO: 14-50381-KMS |
| TONYA C. JONES, Debtors | CHAPTER 13 PROCEEDING |

### ORDER SUSTAINING OBJECTION TO SECURED CLAIM(S) AND FOR OTHER RELIEF AS TO THOSE CREDITORS THAT DID NOT TIMELY RESPOND

THIS MATTER came on for consideration of the Debtors' Objection to Pre-Petition Secured and Other Claims, filed in accordance with *in re Howard, 972 f.2d 639 (5th Cir. 1992)*, and the Court having considered the Objection, does hereby order and adjudicate the Objection as follows.  It is therefore,

ORDERED AND ADJUDGED that the Debtors' Objection to Pre-Petition Secured and other Claims is hereby sustained as to those Creditors that did not timely respond.  All provisions, including the proposed treatment given to each and every secured or other claim included in the Objection for which no Response was timely filed, are hereby approved as set forth therein, to the extent not in conflict with Federal Rule of Bankruptcy Procedure 3002.1, or any prior or pending ruling or Order of this Court in this case related to Debtor's Objection and any timely filed Claimant's Response.  It is further,

ORDERED AND ADJUDGED that this Order constitutes a final judgment pursuant to F.R.B.P. 9021, which makes applicable F.R.Civ.P.58.

##END OF ORDER##

Order submitted by:
Jason Graeber, MS Bar 101267
2462 Pass Rd.
Biloxi, MS  39531
Phone: (228) 207-7117
Fax: (228) 207-8634
jason@jasongraeberlaw.com