SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 12, 2014**

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:  DAN M. JONES, JR. AND            CASE NO: 14-50381-KMS
          TONYA C. JONES, DEBTORS          Chapter 13 Proceeding

### ORDER REGARDING DEBTORS' OBJECTION TO CLAIM NO. 10

THIS CAUSE, THIS DAY came to Court to be considered on the Debtors' Objection to Claim No. 10 (DKT # __29__ ), and after no timely response being filed, and the Court after having considered said Objection, is of the opinion that is meritorious, well taken, and should be, and is hereby granted.  It is therefore,

ORDERED AND ADJUDGED that the claim filed by Ocwen Loan Servicing LLC, listed on the Claims Register as a secured claim, Claim No. 10, shall be listed in the amount of $9,555.00, as provided for in the Debtors' plan as proposed and confirmed.

##END OF ORDER##

Approved By:                                          Submitted By:

_____                                /s/Jason Graeber
Warren A. Cuntz, Jr., Esq.                            Jason Graeber, Esq. MS Bar 101267
Chapter 13 Trustee                                    2462 Pass Rd.
                                                      Biloxi, MS  39531
                                                      Phone: (228) 207-7117
                                                      Fax: (228) 207-8634
                                                      jason@jasongraeberlaw.com